IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INTERCURRENCY SOFTWARE LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:24-CV-00118-JRG <br> BYBIT FINTECH LIMITED, § <br> § <br> *Defendant*. § | |

## ORDER

Before the Court is the Notice of Dismissal Pursuant to Rule 41(a)(1)(A)(i) (the "Notice") filed by Plaintiff Intercurrency Software LLC ("Plaintiff"). (Dkt. No. 16.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendant Bybit Fintech Limited ("Defendant") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.) Defendant has not yet answered the Complaint or moved for summary judgment. (*Id.*)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 29th day of October, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE